IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO,
WESTERN DIVISION

William D.Reynolds,Col.USAF Ret.

Plaintiff

vs

Windell Crawford,et al,

Defendants

Case No.C-1-877,removed from
Common Pleas Court,Brown
County,Ohio,Case No.20010713
by counsel JOHN E.Vincent.

Plaintiff's 3rd AMENDED Witness List
as a result of Judge Sherman's Report
and Recomendation File Stamped
03 JUL 31,received by Plaintiff 8/4/2003.

1. Windell Crawford,former Sheriff Brown County,Ohio.

2. Tom Grennen,Prosecuting Atty.

3. Chris Snider,arresting officer on 10/11/2000.

4. Larry Meyer,arresting officer on 10/11/2000.

5. Michelle Hudepohol,deputy Notarized Affidavit 10/11/2000.

6. Clark Gray,deputy,wrote up and swore the charges on 10/11/2000 before the Clerk of Courts.

7. Andrea Snider,dispatcher in Comm. Ctr. on 10/11/2000.

8. Jane Pack,director of Comm. Ctr. on 10/11/2000.

9. Doug Green,Cty. Auditor.

17. Carl Smith,deputy and Watch Commander on 10/11/2000.

18. Flora Prather,property owner at 7021 on 10/11/2000

19. Bobby Gifford,investigator in prosecutor's office on 10/11/2000. Ptlman G'town O

20. Jim Ferguson,Cty.Comm on 10/11/2000.

21. Judge Margaret Clark,held arraingment on Plaintiff under ORC Sec.2917.11 (A)(2)(M-4) and Trial APR,19,01

22. Dr.Jeff Donohooo,jail doctor who would have received all prisoners medications on 10/11/2000.

23. Richard Wainscott,neighbor and property owner on 10/11/2000.

(1.)

24. John E.Vincent,Defense Counsel who testified on page 14 of his Motion for Summary Judgement that Plaintiff received his Prescription Medications on 10/11/2000 from some unknown neighbor.

25. Mark Landes,Defense counsel who testified on page 14 of his Motion for Summary Judgement that Plaintiff received his Prescroption Medication on 10/11/2000 from some unknown neighbor.

26. Brown County Commissioners, on 10/11/2000 only.

27. Jon Chapner,Defense counsel for Col.Reynolds,CRB 0001246, a M/M charge.

28. Michell Darnall,Dog Warden on 10/11/2000.

29. Tammy Dillinger,deputy.

30. Rick Hainey,C.O. on 10/11/2000, now deputy.

31. Geno aPHbar,C.O. on 10/11/2000, now Patrolman in Ripley,Ohio.

32. John M.Scott,received Plaintiff's only dog on AUG 21,2000.

*Col.William D.Reynolds* (signature)
Col.William D.Reynolds
7013 St.Rt.221
Georgetown,Ohio 45121
(937)378-4331,daily until noon.

## CERTIFICATION

Two Original Signatured copies of Plaintiff;s 3rd AMMENDED Witness List mailed to Clerk of Court Kenneth J.Murphy with S.A.S.E. for return of file stamped copy to Plaintiff. Copy mailed to counsel John E.Vincent at his address in Columbus,Ohio. mailed Thursday 12/4/2003.

(2.)