FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO,WESTERN
DIVISION

William D.Reynolds,Col.USAF Ret.

Plaintiff,

vs

Windell Crawford,et al.,

Defendants

Case No.C-1-01-877,removed from
Common Pleas Court,Brown County,
Ohio Case No.20010713 by counsel
John E.Vincent.

Continued Harassment by

Defendant(s) Dep.Hudepohol and

Dog Warden Darnall.

Now comes the Plaintiff who is now in posession of (2) additional tape
recordings from the Communications Center,Brown County,Ohio for
continued Harassment by Defendant(s):

1. Dep.Michelle Hudepohol on 9/25/2003 at 10:41AM by driving her patrol
   car around Plaintiff's Semi-Circle and private driveway. No lights
   were flashing or siren nor did she stop to state any official business
   she was on.

2. Dog Warden Michael Darnall on 12/30/2003 at 11:30AM by driving his
   Green Dodge Dog Warden truck around Plaintiff's Semi-Circle driveway.

   Warden Darnall failed to stop and announce his business. (Ref.
   Plaintiff had called about a Pit-Bull Dog being in his back yard
   and had called in the Complaint on Monday 12/29/2003 and Darnall
   didn't get around to checking anything for approximately (24)
   hours.

   Darnall went to the door at 7043 St.Rt.221,never went inside. That
   is the address where the Pit-Bull dog is being kept.

Counsel Vincent is welcome to listen to these tapes and all he has to
do is call Plaintiff's home to set it up,daily before noon and they
will be put inti evidence with the permission of the Court.

Col.William D.Reynolds,
Plaintiff

CERTIFICATION

Copy Mailed to counsel Vincent at his address in Col's,Ohio on 1/20/04.