IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM D. REYNOLDS,
     Plaintiff

v.                                Civil C-1-01-877

WINDELL CRAWFORD,

     Defendant.

### ORDER

Parties are advised that the above styled case is SCHEDULED for a Hearing on Friday, February 27, 2004 at 10:30 a.m. The Court will at that time hear oral argument on the Objections to the Report and Recommendation (#71) issued by the United States Magistrate on July 31, 2003.

Parties are further advised that Trial in the above styled case is RESCHEDULED to the July 2004 trial term. The parties shall file their Joint Pretrial Order on or before June 5, 2004.

The Clerk of Court shall send a copy of this Order to Plaintiff William D. Reynolds by certified mail.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court