**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

Sent To: William D Reynolds
Street, Apt. No.; or PO Box No.: 7013 State Route 221
City, State, ZIP+4: Georgetown, OH 45121

7003 0500 0002 0889 9599

PS Form 3800, June 2002                See Reverse for Instructions