**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Phyllis Reynolds] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Phyllis J Reynolds
C. Date of Delivery: 6-29-[?]

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William D Reynolds
7013 State Route 221
Georgetown, OH 45121

2. Article Number
(Transfer from service label)  7003 0500 0002 0889 9599

PS Form 3811, August 2001    Domestic Return Receipt

