FILED
JAMES BONINI
CLERK

04 JAN 28 PM 1:04

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO, WESTERN
DIVISION

William D. Reynolds, Col. USAF Ret.

Plaintiff,

vs

Windell Crawford, et al.,

Defendants

Case No. C-1-01-877, removed from Common Pleas Court, Brown County, Ohio Case No. 20010713 by counsel John E. Vincent.

Plaintiff's Amended Witness List:

1. Windell Crawford, Former Sheriff.
2. Dep. Chris Snider.
3. Dep. Larry Meyer.
4. Dep. Michelle Hudepohol.
5. Dep. Clark Gray.
6. Andrea Snider, Dispatcher Brn Co. Comm. Ctr.
7. Dep. Tammy Dillinger.
8. Michael Darnall, Dog Warden.
9. Brn. Co. Commissioners in office on 10/11/2000.
10. John E. Vincent, Defense counsel that testified on 11/25/2002.
11. Mark Landes, Defense counsel that testified on 11/25/2002.
12. Bobby Gifford, investigator from Prosecutors office on 10/11/2000.
13. Rick Haney, C.O. on 10/11/2000.
14. Geno aPHbar, C.O. on 10/11/2000.
15. John M. Scott, received Plaintiff's dog on AUG 21, 2000.
16. Dep. Carl Smith, Watch Commander on 10/11/2000.
17. Jim Ferguson, Cty. Comm. on 10/11/00.
18. Dr. Jeff Donohoo, jail doctor who would have record of alleged medications from neighbor.
19. Judge Margaret A. Clark, did arraingment under ORC Sec. 2917.11 A-2 [M-4] on 10/11/2000.
20. Richard Wainscott, neighbor and property owner on 10/11/2000.
21. Doug Green, Cty Auditor.

CONT ON PAGE 2:

22. Flora Prather, Property owner at 7021 St.Rt.221 and other addresses same Route No. where Barking, Vicious Dangerous dogs are kept and or harbored.

23. Jon C. Hapner, defense counsel for Col. Reynolds at trial CRB 0001246.

24. Tom Grennen, Prosecuting Atty, Brn Co., Ohio.

25. Jane Pack, Director of Comm. Brn.Co.Ohio Comm.Ctr.

_____
Col. William D. Reynolds, Plaintiff

CERTIFICATION

Copy mailed to Defense counsel John E. Vincent at his business address in Col's Ohio on 1/27/2004.

(2.)