UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - HEARING ON REPORT AND RECOMMENDATION**

WILLIAM D. REYNOLDS
    v.                                      CIVIL ACTION: C-1-01-877
WINDELL CRAWFORD, *et al.*

--------------------------------------------------------------------------------------------------------------------------

COURT PERSONNEL PRESENT:

HONORABLE HERMAN J. WEBER

Law Clerk Susan Ferrell

Court Reporter Julie A. Wolfer Official)

Courtroom Deputy Betsi Brockmeier

DATE: Friday, February 27, 2004
TIME: 10:00 a.m. - 11:10 a.m.

PRESENT:

FOR PLAINTIFF: William D. Reynolds, Pro Se
FOR DEFENDANT: John E. Vincent, Jr.

**DOCKET ENTRY**:

Case called before J. Weber for hearing on objections to Report and Recommendation. **Oral Arguments of the parties. Order to issue.**


J:\DOCUMENT\KAREN\CIVIL\HEARINGS\01-877.WPD