IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

William D. Reynolds, Col. USAF Ret.

Plaintiff,

vs

Windell Crawford, et al.,

Defendants

Case No. C-1-01-877, removed from Common Pleas Court, Brown County, Ohio Case No. 20010713 by counsel John E. Vincent.

MOTION for Judgement on the Pleadings, by Plaintiff as described below.

1. All named Defendants in the Original Complaint were served with Summons and copy of Original Complaint on or about 11/20/2001, Case No. CVH 20010713 Brown County Common Pleas Court and all failed to file Answer within (28) days, mandated in Ohio Rules of Civil Procedure, Civ.R.12(A), therefore, Plaintiff is entitled to Judgement on the Pleadings, as a matter of law.

   After Removal to Federal Court by counsel Vincent and Landes, on or about DEC 19, 2001 as evidenced in Certified Docket File those same named Defendants failed to file Answer under Fed.R.Civ.P.12(a)(c), therefore Plaintiff is entitled to Judgement on the Pleadings, as a matter of law.

2. Defendants Tammy Dillinger and Bobby Gifford were added as Defendants, with permission of the Court as file stamped <u>SEP 06, 2002</u>.

   a. Defendant Dillinger was served with Summons, copy of Original Complaint and a copy of <u>COUNT TEN</u> through counsel Vincent and Landes and all failed to file Answer pursuant to Fef.R.Civ.P.12 (a)(c), therefore, Plaintiff is entitled to Judgement on the Pleadings, as a matter of law.

(1.)

b. Defendant Gifford was served with Summons,copy of Original Complaint and copy of COUNT ELEVEN through counsel Vincent and Landes but failed to file Answer pursuant to Fed.R.Civ.P.12 (a)(c),therefore Plaintiff is entitled to Judgement on the Pleadings,as a matter of law.

IT IS SO ORDERED.

_____
Herman J.Weber,Senior Judge
United States District Court

_____
Col.William D.Reynolds,
Plaintiff.

*Counsel Vincent - served - Before Judge Weber 2/27/04 - Weber*

(2.)

```
CIVIL CASE DOCKET                               CASE NO: CVH 20010713
------------------------------------------------------------------------
REYNOLDS, WILLIAM D.              VS.     CRAWFORD, WINDELL
------------------------------------------------------------------------
11/16/2001      CASE FILED BY REYNOLDS, WILLIAM D.
11/16/2001      RECEIPT # 2007419 WILLIAM REYNOLDS
11-16-2001      CLERK FEE: $25.00; COMPUTER FEE $10.00; LEGAL RESEARCH $3.00
                LEGAL AID: $15.00; MAGISTRATE   $25.00;
11-16-2001      COMPLAINT FILED.
                CERTIFICATION.
11-16-2001      COMPLAINT. RE: CANNOT GET FAIR AND IMPARTIAL TRIAL IN
                THE COMMON PLEAS COURT.
                CERTIFICATION.
11-16-2001      COMPLAINT
                RE: DEMAND FOR JURY
                CERTIFICATION.
11/19/2001      POSTAGE CHARGE
                CERTIFIED MAIL $
                REGULAR MAIL    $ .75 CERTIFICATE OF MAILING
11/19/2001      DEMAND FOR DISCOVERY ANSWERS ARE REQUIRED NOT LESS THAN
                28 DAYS UNDER. AFTER SERVICE UPON YOU. INSTRUCTIONS
                TO THE CLERK ATTACHED
11/19/2001      ISSUED CERTIFIED COPY OF DEMAND FOR DISCOVERY TO JANE PACK
                BY ORDINARY MAIL CERTIFICATE OF MAILING PER WILLIAM
                REYNOLDS.
11/19/2001      POSTAGE CHARGE
                CERTIFIED MAIL $
                REGULAR MAIL    $ .57 ORDINARY MAIL
11/19/2001      CERTIFIED COPY DEMAND FOR DISCOVERY
11/20/2001      CERTIFICATE OF FACT UNDER SEAL OF THE COURT
11/20/2001      ISSUED CERTIFIED COPY OF THE SUMMONS AND COMPLAINT TO
                THE COMMISSIONERS OF BROWN COUNTY, RICK HAINEY, GENO
                APBAR, DEPUTY CLARK GRAY, AND ANDREA SNIDER BY CERTIFIED
                MAIL RETURN RECEIPT REQUESTED.
11/20/2001      ISSUED CERTIFIED COPY OF THE SUMMONS AND COMPLAINT TO
                DOG WARDEN MICHAEL DARNALL, WINDELL CRAWFORD, DEPUTY
                CHRIS SNIDER, DEPUTY LARRY MEYER, AND DEPUTY MICHELLE
                HUDEPOHL BY CERTIFIED MAIL RETURN RECEIPT REQUESTED.
11/20/2001      POSTAGE CHARGE
                CERTIFIED MAIL $5.03 (10)
                REGULAR MAIL    $
11/20/2001      COPY FEES
                16 PAGES X 10 COPIES = 160 PAGES
                160 X .25=40
11/23/2001      RETURN RECEIPT OF DEPUTY CLARK GRAY /S/ MICKEY GREEN
                DATE OF DELIVERY 11/21/01
11/23/2001      RETURN RECEIPT OF CORRECTIONS OFFICER DEPUTY /S/ MICKEY
                GREEN
                DATE OF DELIVERY 11/21/01
11/23/2001      RETURN RECEIPT OF DEPUTY MICHELLE HUDEPOHL /S/ MICKEY
                GREEN
                DATE OF DELIVERY 11/21/01
11/23/2001      RETURN RECEIPT OF DEPUTY CHRIS SNIDER /S/ MICKEY GREEN
                DATE OF DELIVERY 11/21/01
11/23/2001      RETURN RECEIPT OF CORRECTIONS OFFICER DEPUTY /S/ MICKEY
                GREEN
                DATE OF DELIVERY 11/21/01
11/23/2001      THE COMMISSIONERS OF BR. CO., OHIO /S/ DONNA SMITH
                DATE OF DELIVERY 11/21/01
```

JO ANN KATTINE
CLERK OF COURTS
COURT HOUSE
GEORGETOWN, OHIO 45121



CERTIFIED COPY
COURT COMMON PLEAS
BROWN COUNTY, OHIO
CLERK JO ANN KATTINE
DEPUTY

```
CIVIL CASE DOCKET                        CASE NO: 20010713
-----------------------------------------------------------------
                          VS.
-----------------------------------------------------------------
11/23/2001    RETURN RECEIPT OF DOG WARDEN MICHAEL DARNALL /S/ DONNA SMITH
              DATE OF DELIVERY 11/21/01
11/23/2001    RETURN RECEIPT OF DEPUTY LARRY MEYER /S/ MICKEY GREEN
              DATE OF DELIVERY 11/21/01
11/23/2001    RETURN RECEIPT OF COMMUNICATIONS DISPATCHER ANDREA SNIDER
              /S/ ANDREA SNIDER
              DATE OF DELIVERY 11/21/01
11/26/2001    DEMAND FOR DISCOVERY UNDER CIV. R. 34 (A). ANSWERS ARE
              REQUIRED NOT LESS THAN 28 DAYS UNDER CIV. R. 34 (B) AFTER
              SERVICE UPON YOU.
              CERTIFICATION AND INSTRUCTIONS TO THE CLERK
11/26/2001    ISSUING WRITS: ISSUED CERTIFIED COPY OF DEMAND FOR
              DISCOVERY TO WINDELL CRAWFORD, SHERIFF BY CERTIFIED MAIL.
              RRR.
11/26/2001    CERTIFICATE OF FACT UNDER SEAL OF THE COURT
11/26/2001    POSTAGE CHARGE
              CERTIFIED MAIL $4.57
              REGULAR MAIL    $
11/27/2001    APPLIED
11/27/2001    ISSUED MARY MCMULLEN SUBPOENA DUCES TECUM BY THE SHERIFF
              OF BROWN COUNTY
11/30/2001    MOTION TO QUASH SUBPOENA
              CERTIFICATION
              FILED BY THOMAS F. GRENNAN
11-30-2001    SHERIFF'S RETURN ON SUBPENA SERVED MARY MCMULLEN
              DATE SERVED: 11-28-01
11-30-2001    RETURN RECEIPT OF WINDELL CRAWFORD /S/ WINDELL CRAWFORD
              DATE OF DELIVERY 11-28-01
11/30/2001    DEMAND FOR DISCOVERY UNDER CIV. R. 34 (C). ANSWERS ARE
              REQUIRED NOT LESS THAN 28 DAYS AFTER SERVICE UPON YOU.
              CERTIFICATION
              INSTRUCTIONS TO THE CLERK
11/30/2001    ISSUING WRITS: ISSUED A COPY TO THE PROSECUTOR'S MAIL BOX
11/30/2001    CERTIFICATE OF FACT UNDER SEAL OF THE COURT
12/05/2001    PLAINTIFF'S WITHDRAWAL OF SUBPOENA DATED 27 OCT. 2001
              TO ASST. PROSESCUTOR MCMULLEN
              INSTRUCTIONS TO THE CLERK
12/05/2001    ISSUING WRITS: ISSUED CERTIFIED COPY TO MS. MCMULLEN AND
              MR. GRENNEN BY PLACE COPIES IN THE PROSECUTOR'S BOX.
12/05/2001    CERTIFICATE OF FACT UNDER SEAL OF THE COURT
12/06/2001    RETURN RECEIPT OF WINDELL CRAWFORD /S/ WINDELL CRAWFORD
              DATE OF DELIVERY 12-4-01
12-07-2001    DEMAND FOR DISCOVERY CRIM. R. 16, (A)(B)(1)(I) FILED.
              CERTIFICATION.
              * PROSECUTOR'S OFFICE
12-07-2001    DEMAND FOR DISCOVERY UNDER CRIM. R. 16 (A) FILED.
              CERTIFICATION.
              RE: SHERIFF WENNINGER
12/10/2001    DEMAND FOR DISCOVERY FILED WITH INSTRUCTIONS TO THE
              CLERK AND CERTIFICATION ATTACHED.
12/10/2001    ISSUED COPY OF DEMAND FOR DISCOVERY TO THOMAS F. GRENNAN
              BY PUTTING A COPY IN HIS BOX AT THE CLERK'S OFFICE BY
              TF (PER WILLIAM REYNOLDS)
12/11/2001    ISSUED COPY OF THE DEMAND FOR DISCOVERY CRIM. R. 16, (A)
              (B)(1)(I) FILED 12-7-01 TO THE BROWN COUNTY PROSECUTOR BY
              PUTTING A COPY IN HIS BOX IN THE CLERK'S OFFICE.
```

CIVIL CASE DOCKET                                CASE NO: 20010713
------------------------------------------------------------------------
                              VS.
------------------------------------------------------------------------

| Date | Entry |
|---|---|
| 12/11/2001 | ISSUED COPY OF THE DEMAND FOR DISCOVERY UNDER CRIM. R. 16 (A) TO SHERIFF WENNINGER BY PUTTING A COPY IN HIS BOX IN THE CLERK'S OFFICE. |
| 12/14/2001 | ANSWER TO THE DEMAND FOR DISCOVERY FILED WITH THE CLERK OF COURTS ON NOV. 19, 2001 - JANE PACK - DIRECTOR OF BR. CO. COMMUNICATIONS/E-911. |
| 12-19-2001 | NOTICE OF REMOVAL FILED. CERTIFICATION. EXHIBITS ATTACHED. |
| 12-27-2001 | REQUEST FOR PERSONAL OR RESIDENCE SERVICE FILED. |
| 12-27-2001 | CERTIFICATE OF FACT UNDER SEAL OF THE COURT |
| 12-27-2001 | ISSUED MOTION FOR CHANGE OF VENUE TO THE SUPREME COURT OF OHIO BY ORDINARY MAIL WITH CERTIFICATE OF MAILING. |
| 12-27-2001 | POSTAGE CHARGE CERTIFIED MAIL $ REGULAR MAIL $.34 + .75 CERTIFICATE OF MAILING. |
| 12-27-2001 | MOTION FOR DEFAULT JUDGMENT PURSUANT TO CIV. R. 55 (A) FILED. CERTIFICATION. (COPY WAS GIVEN TO SHELBY) AFFIDAVIT OF COL. WILLIAM D. REYNOLDS ATTACHED. |
| 12/28/2001 | MOTION TO REMAND BY PLAINTIFF FILED WITH MEMORANDUM IN OF REMAND. CERTIFICATION. EXHIBITS ATTACHED. |
| 01/19/2002 | DISCOVERY WITH CERTIFICATION |
| 01/28/2002 | MOTION TO ORDER PRODUCTION OF DOCUMENTS, PURSUANT TO CIV. R. 37 (A)(1)(2)(3)(4) FILED. CERTIFICATION. |
| 01/28/2002 | * MR. REYNOLDS PUT A COPY IN THOMAS GRENNAN'S BOX IN THE CLERK'S OFFICE. |
| 01/29/2002 | RESPONSE TO THE SUPREME COURT OF OHIO'S LETTER DATED 12/31/01. (FRAUD IN THE 2000 ELECTION, BROWN COUNTY, OHIO) CERTIFICATION |
| 02-05-2002 | MOTION TO AMEND ORIGINAL COMPLAINT FILE STAMPED 01 NOV. 16, PURSUANT TO CIV. R. 15 (A) FILED. CERTIFICATION. |
| 05/30/2002 | REQUEST CASE NO. C-1-01-877 REMOVED FROM COMMON PLEAS COURT BROWN COUNTY OHIO, CASE NO 20010713 BY COUNSEL JOHN E. VINCENT FILED. CERTIFICATION |
| 05/30/2002 | COPY OF REQUEST OF REMOVAL ISSUED TO THOMAS F. GRENNAN BY MR. REYNOLDS BY PUTTING A COPY IN MR. GRENNAN'S BOX AT THE CLERK'S OFFICE |