## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. REYNOLDS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. C-1-01-877 |
| v. | : | |
| | : | |
| WINDELL CRAWFORD, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

This matter is before the Court upon Plaintiff's objections (Doc. 72) to a Report and Recommendation by United States Magistrate Judge Jack Sherman, Jr. (Doc. 71). Following a hearing held on Friday, February 27, 2004, at which Plaintiff appeared *pro se* and Defendants appeared through counsel, and after hearing the arguments presented, the Court takes the matter under advisement.

Upon an oral motion by Defendants regarding additional motions proposed by Plaintiff, the Court hereby ORDERS that Defendants' response to any such subsequently filed motions shall be due thirty (30) days from the date of this Court's decision on Plaintiff's objections to the Report and Recommendation.

**IT IS SO ORDERED**.

                                                    s/Herman J. Weber
                                                    Herman J. Weber, Senior Judge
                                                    United States District Court

J:\HJWF\01-877.r&r.wpd