IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO, WESTERN
DIVISION

04 MAR -5 PM 12:57

William D. Reynolds, Col. USAF Ret.

Plaintiff,

vs

Windell Crawford, et al.,

Defendants

Case No. C-1-01-877, removed from Common Pleas Court, Brown County, Ohio Case No. 20010713 by counsel John E. Vincent.

Plaintiff's Motion for Judge Weber to Reinstate discovery for Defendants and Non-Defendants.

Now comes the Plaintiff who states Discovery was terminated by M.J. Sherman on MARCH 31, 2003. Since that time Plaintiff has located the person who was renting the trailer located at 7021 St.Rt.221, Georgetown, Ohio, the location Plaintiff called the Comm. Center (3) times on 10/20/2000 about barking dogs.

1. Reinstatement of Discovery would prevent unnecessary Federal Subpoenas, especially for Non-Defendants.

2. Defendants, especially Dep. Snider and Meyer, would be ask to furnish copies of their Fingerprint Cards so that Plaintiff can have an expert determine that they in fact handled the <u>Paper Bag</u> containing Prescription Medications, <u>RX# 6073717 dated 10/10/2000</u>, and therefore, Irrefutable Fact of their additional PERJURY in each of their Sworn Affidavits, #8 for Snider dated NOV 15, 2002 and also #8 for Meyer dated NOV 6, 2002.

3. They would be required to furnish the POLICY Of the Brown County Sheriff's Department that to <u>Legally Seize</u> Prescription Medications without adhearing to Search and Seizure procedures under ORC Crim.R. 41 (A)-(F) on 10/11/2000 was in fact legal.

(1.)

_____
Col.William D.Reynolds,Plaintiff.

CERTIFICATION

(2) copies mailed to the Court with S.A.S.E. for return of File Stamped copy to plaintiff on <u>MAR 1,2004</u> and copy mailed to counsel Vincent the asme date.

(2.)