FILED
JAMES BONINI
CLERK

2004 JUN -1 PM 4:20

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO, WESTERN
DIVISION

| | |
|---|---|
| William D. Reynolds, Col. USAF Ret. | Case No. C-1-01-877, removed from Common Pleas Court, Brown County, Ohio Case No. 20010713 by counsel John E. Vincent. |
| Plaintiff, | |
| vs | |
| Windell Crawford, et al., | Judge Herman J. Weber, United States District Court. |
| Defendants | |

By ORDER from hearing in your court on FEB 27, 2004, Plaintiff presented evidence of PERJURY in the filings by counsel John E. Vincent and Mark Landes, read into the record.

Further the Court ORDERS that the Defendants' response (Additional Motions proposed by Plaintiff) to any such subsequently filed motions shall be due thirty (30) days from the date of this Court's decision on Plaintiff's objections to the Report and Recommendation, received by Plaintiff on 3/3/2004. As of this writing, Saturday 5/29/2004, counsel Vincent and Landes have failed to file their objections with Plaintiff within the Court's thirty (30) days, therefore, each Subsequent Motion is Valid.

Lastly, at trial, Plaintiff shall read to the Court and Jury what the United States Supreme Court wrote about the Charge under ORC Section 2917.11 (A)(2), (Ref. 57 Ohio St.2d] STATE v. HOFFMAN.) as Plaintiff was charged by Dep. Chris Snider and Larry Meyer on 10/11/2000. Said charge was dismissed by Judge Margaret A. Clark, April 19, 2001, Case No. CRB0001246 and Journal Entry no. 810064. Further, at trial, Plaintiff shall show the Court and Jury how counsel Vincent and Landes Tampered with Evidence and Tampered with Records.

Col. William D. Reynolds, Plaintiff

( 1.)

## CERTIFICATION

Plaintiff filed (2) Original Signatured copies with the Clerks office for file-stamp with S.A.S.E. for return to Plaintiff. Copy mailed to counsel John e.Vincent and Mark Landes on 5/29/2004 at their address in Col's Ohio.

(2.)