IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO, WESTERN
DIVISION

2005 FEB -7 PM 3: 35

William D. Reynolds, Col. USAF Ret.

Plaintiff,

vs

Windell Crawford, et al.,

Defendants

Case No. C-1-01-877, removed from Common Pleas Court, Brown County, Ohio Case No. 20010713 by counsel John E. Vincent.

MOTION for Trial Date, by

Plaintiff

ATTN: Clerk of Court, **JAMES BONINI**

Aug 2003 at Joint Final Pretrial Conference before Judge Herman Weber Plaintiff was assured a Trial date in the 4th Quarter of 2003.

It is self-evident that has not occured. Please establish a Trial Date at the earliest convenience and furnish all the information to Plaintiff so he can have his Subpoena(s) prepared.

_Col. W_____ D Renell_____
Col. William D. Reynolds, Plaintiff

CERTIFICATION

Copy mailed to counsel John E. Vincent in Col's Ohio FEB 4, 2005.