UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM D. REYNOLDS,         Case No. 1:01-cv-877

    Plaintiff,        Weber, J.
       Black, M.J.

vs.

SHERIFF WINDELL CRAWFORD, *et al.*,

    Defendants.        **ORDER**


Plaintiff has filed a motion requesting that a new trial date be set. (Doc. 85).

This case is presently before the Hon. Herman J. Weber, United States District Judge, on a Report and Recommendation, plaintiff's objections thereto, and defendants' response, on which Judge Weber has heard oral argument. (*See* docs. 71, 72, 74, 80).

The undersigned finds that, pending a decision on plaintiff's objections to the Report and Recommendation, the motion for new trial date is premature.

Accordingly, **IT IS HEREIN ORDERED THAT** the motion for a new trial date (doc. 85) is **DENIED without prejudice to renewal** following the Court's decision on plaintiff's objections to the Report and Recommendation.

    **IT IS SO ORDERED.**

Date:   8/23/05                          s/Timothy S. Black
                                                       Timothy S. Black
                                                       United States Magistrate Judge