| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Col W___ & R___  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Col William D. Reynolds  C. Date of Delivery: 10/4/05 |
| 1. Article Addressed to:<br>Wm. D. Reynolds<br>7013 State Rt 221<br>Georgetown Oh<br>45121 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0000 1408 9962 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



UNITED STATES DISTRICT COURT
324 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202