FILED
JAMES BONINI
CLERK

05 OCT -4 PM 1:09

IN THE UNITED STATES DISTRICT Court
FOR SOUTHERN DISTRICT OF OHIO,
WESTERN DIVISION

William D.Reynolds,Col.USAF Ret.　　　Case No. C-1-01-877,removed from
　　　　　　　　　　　　　　　　　　　　Common Pleas Court,Brown County,
　　　　　　　　　　　　　　　　　　　　Ohio Case No.20010713 by counsel
Plaintiff,　　　　　　　　　　　　　　　John E.Vincent

vs　　　　　　　　　　　　　　　　　　　REBUTTAL and repeated MOTION for TRIAL

　　　　　　　　　　　　　　　　　　　　DATE. (Ref.Magistrate Timothy S.Black's
Windell Crawford,et.al.　　　　　　　　ORDER of 8/23/2005.)

Defendants


Now comes the Plaintiff who files his OBJECTION to Magistrate Timothy S. Black's ORDER dated 8/23/2005 because:

1. Plaintiff's MOTION file-stamped FEB 07 2005,reads in part,Quoted:

    MOTION for Trial Date,by Plaintiff

    Aug 2003 at Joint Final Pretrial Conference before Judge Herman Weber

    Plaintiff was assured a Trial date in the 4th Quarter of 2003. Etc.etc.

2. Magistrate Timothy S.Black's **CONTORTED ORDER** reads in part,Quoted:

    Plaintiff has filed a motion requesting that a new trial date be set.

    Plaintiff **NEVER REQUESTED A "NEW" TRIAL DATE**,Plaintiff's MOTION was for "Trial date",**NOT A NEW TRIAL DATE** as **CONVOLUTED** by Magistrate Black.

3. Plaintiff's case in the Brown County,Ohio Common Pleas Court began in the year 2001.

    Counsel John E.Vincent and Mark Landes REMOVAL to Federal Court,**DEC 18, 2001** according to Plaintiff's Certified Copy and evidenced as such in this caption,therefore,remain PENDING from 01 NOV 16 PM12:45 to this

(1.)

file-stamp date, therefore now exceeding four (4) years.

4. Plaintiff's objections to <u>Magistrate Jack Sherman Jr's</u> Report and Recomendation **HAS BEEN HEARD** [t]hus Judge Herman J. Weber personally conducted the, <u>joint pretrial conference IN AUG 2003</u>, therefore this serves as Plaintiff's **MOTION** for **TRIAL** wherein Plaintiff shall show that he was <u>**ILLEGALLY ARRESTED INSIDE HIS OWN HOME AND INCARCERATED**</u> on a charge of ORC Section 2917.11 (A)(2) on 10/11/2000.

5. Lastly, Plaintiff shall show that the charge under ORC Section 2917.11 (A)(2) was illegally Sworn by Dep. Clark Gray who also failed to file jurat under Crim.R.3, the U.S.Supreme Court has ruled on abusive language [Cite as State v. Hoffman (1979), 57 Ohio St.2d 129.], counsel Vincert in concert with Landes TAMPERED with Probable Cause Affidavit by eradication, as filed with this Court on or about 11/25/2002, and at a minimum Plaintiff's rights under U.S.Constitution, Amendment(s) VIII, XIV Section 1 were violated on 10/11/2000 by Deputy(s) Chris Snider in concert with Larry Meyer.

_Col. W_____ _____
Col. William D. Reynolds, Plaintiff

### CERTIFICATION

Two Original Signatured copies mailed to Clerk of Court's office for file-stamp with S.A.S.E. for return of one copy to Plaintiff. Copy mailed to counsel Vincent/Landes on Monday 10/3/2005 by regular U.S.Mail.