IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM D. REYNOLDS,                    :        Case No.: C-1-01-877

        Plaintiff,                      :        ( Judge Herman J. Weber)

v.                                      :

WINDELL CRAWFORD, et al,
                                        :
        Defendant                       :
                                        :

## ORDER

The above styled case is before the Court on Plaintiff's Motion for Trial Date (#88).

Parties are advised that the above referenced motion will be considered at the previously scheduled Case

Management Conference on November 3, 2005 at 1:30 p.m.

**IT IS SO ORDERED.**

                        _____S/Herman J. Weber_____
                        Herman J. Weber, Senior Judge
                        United States District Court