IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. REYNOLDS, | : | Case No. C-1-01-877 |
| Plaintiff, | : | Judge Herman J. Weber |
| vs. | : | Magistrate Judge Timothy S. Black |
| WINDELL CRAWFORD, et al., | : | |
| Defendants. | : | |

### DEFENDANTS' SUGGESTED CASE MANAGEMENT SCHEDULE

Now come Defendants Chris Snider, Larry Meyer, Clark Gray, and Michelle Hudepohl, by and through their counsel, and hereby provide the Court with the following suggested Case Management Schedule, as requested in this Court's Order of September 29, 2005:

**1. Defendants Recommend The Following Track:**

Defendants request a **standard** track assignment.

**2. Suggested Case Management Schedule:**

**(a) Cut-Off Date For Amending The Pleadings:**

November 15, 2005.

**(b) Plaintiff's Lay and Expert Witness Disclosure:**

January 3, 2006.

**(c) Plaintiff's Expert Reports Due:**

January 31, 2006.

**(d) Defendants' Lay and Expert Witness Disclosure:**

February 13, 2006.

**(e)**     **Defendants' Expert Reports Due:**

March 13, 2006.

**(f)**     **Recommended Date For a Status Hearing:**

March 30, 2006.

**(g)**     **Cut-Off Date For Conducting Depositions:**

April 14, 2006.

**(h)**     **Discovery Cut-off:**

May 15, 2006.

**(i)**     **Dispositive Motion Date:**

July 7, 2006.

**(j)**     **Recommended Date for Final Pretrial Conference:**

November 8, 2006.

**(k)**     **Recommended Date for Trial:**

December 4, 2006.

           Respectfully submitted,

           /s/ John E. Vincent
           **MARK LANDES (0027227)**
           E-mail: marklandes@isaacbrant.com
           **JOHN E. VINCENT (0070501)**
           E-mail: johnvincent@isaacbrant.com
           ISAAC, BRANT, LEDMAN & TEETOR, LLP
           250 East Broad Street, 9th Floor
           Columbus, Ohio 43215-3742
           (614) 221-2121; Fax (614) 365-9516
           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy was also served via U.S. Mail, postage prepaid this 2nd day of November, 2005, upon:

William D. Reynolds
7013 St. Rt. 221
Georgetown, Ohio 45121
*Plaintiff pro se*

        /s/ John E. Vincent
        **MARK LANDES (0027227)**
        **JOHN E. VINCENT (0070501)**
        *Attorneys for Defendants*