UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CASE MANAGEMENT CONFERENCE**

REYNOLDS,

v                                                                                            Civil: C-01-877

CRAWFORD,

Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>

Court Reporter <u>Julie Wolfer  (Official)</u>

<u>Law Clerk: S. Ferrell</u>

<u>Courtroom Deputy: Darlene Maury</u>

 --------------------------------------------------------------------------------------------------------
**Appearances:** W. Reynolds - Pltf and J. Vincent for Defense.


Case called for a Case Management Conference. Conference held in Chambers. Conference recessed to 1/18/06 at 1:30 p.m.  Order to issue.


Date: Thursday, November 3, 2005
TIME: 1:30 p.m.. - 2:55 p.m.