IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM REYNOLDS | : | Case No.: C-1-01-877 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| SHERIFF WINDELL CRAWFORD, et al, | : | |
| Defendant | : | |

**ORDER**

Pursuant to the record established at the Conference held on November 3, 2005, this matter is RECESSED to Wednesday, January 18, 2006 at 1:30 p.m.

**IT IS SO ORDERED.**

      S/Herman J. Weber
   Herman J. Weber, Senior Judge
    United States District Court

Case 1:01-cv-00877-HJW-TSB    Document 93    Filed 11/03/2005    Page 2 of 2