**FILED**

**DEC 0 1 2005**

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO, WESTERN
DIVISION

William D.Reynolds,Col.USAF Ret.
7013 St.Rt.221
Georgetown,Ohio 45121

    Plaintiff Pro Se

vs,

Windell Crawford
7085 St Rt.125
Georgetown,Ohio 45121

    Defendant et.al.

Case No.C-1-01-877,removed from
Common Pleas Court,Brown County,
Ohio Case No.20010713 by counsel
John E.Vincent.

**MOTION**,by Plaintiff to continue Pro Se as described below.

In obedience to the Courts request to seek representation,in chambers,on 11/3/2005,Plaintiff offers the following,in MEMORANDUM:

(1) 11/7/2005,Plaintiff called Anthony Sammons Esq. about representation in the captioned case and other matters,leaving Voice Mail, that has never been responded to as of this file-stamp date [t]hus he cannot represent Plaintiff in this or any other legal matter.

(2) 11/8/2005,Plaintiff spoke with Thad Muthing Esq.,at length,about his representation in the captioned case for settlement. He concluded that: Drop me a check for a couple of grand ($2,000.00) and I'll review what you have, however,he never once ask what the Case Number was,[t]hus he cannot represent Plaintiff in this or any other legal matter.

(3) Plaintiff shall under separate cover file his **ONE TIME OFFER OF SETTLEMENT** with **STIPULATION(s)** and if it is Not Accepted we shall continue to trial for the jury to make determination of FALSIFICATION(s) and PERJURY(s).

(4) Plaintiff seeks response to his MOTION for the Court to reconsider its

ORDER of 10/4/2005, mailed 11/28/2004 12:21:40PM., to aid him in his One Time Offer of Settlement.

*[signature: Col William D Reynolds]*
Col. William D. Reynolds, Plaintiff

CERTIFICATION

Two copies mailed to District Copurt for File-stamp and return of one copy to Plaintiff in the S.A.S.E. provided. Copy mailed to John E. Vincent/Mark Landes 11/30/2005.