FILED
JAMES BONINI
CLERK

14

06 JAN 18 PM 2:30

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

William D. Reynolds, Plaintiff Pro Se

**WITNESS LIST**

v.

CASE NO. C-1-01-877

Windell Crawford, Defendant et.al.

**Presiding Judge**
Herman J. Weber

**Plaintiff Attorney**

**Defendant Attorney**

**Trial Dates**

**Court Reporter**
Julie A. Wolfer

**Courtroom Clerk**
Darlene Maury

|        | Pltf. | Def. | Date Offered | Description of Witness |
|--------|-------|------|--------------|------------------------|
|        | X     |      | 1/18/06      | Counsel John E. Vincent TESTIFIED, Exhibit F. |
|        | X     |      | 1/18/06      | Counsel Mark Landes    Testified, Exhibit F. |
| EXPERT | X     |      | 1/18/06      | Dr. Michael McHenry Plt's doctor 10/11/2000. |
|        | X     |      | 1/18/06      | Dep. Chris Snider, Defendant |
|        | X     |      | 1/18/06      | Dep. Larry Meyer, Defendant |
|        | X     |      | 1/18/06      | Dep. Clark Gray, Defendant |
|        | X     |      | 1/18/06      | Dep. Tammy Dillinger, Defendant |
|        | X     |      | 1/18/06      | Investigator Bobby Gifford, Defendant |
|        | X     |      | 1/18/06      | Dep. Michelle Hudepohol, Defendant |
|        | X     |      | 1/18/06      | Windell Crawford, Fmr. Sheriff on 10/11/02****See Note |
|        | X     |      | 1/18/06      | Angela Snider, Dispatcher on 10/11/2002 ****See Note |
|        | X     |      | 1/18/06      | Dep. Carl Smith, Duty Sgt. on 10/11/2000 |

**** See Note, above: Plaintiff awaits Courts response for reconsideration NOV 30,05.

PAGE 1 of 2

14

AO 187 (Rev 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

William D. Reynolds, Plaintiff Pro Se          **WITNESS LIST**

v.                                              CASE NO. C-1-01-877

Windell Crawford,    Defendant et.al.

**Presiding Judge**          **Plaintiff Attorney**          **Defendant Attorney**
Herman J. Weber

**Trial Dates**              **Court Reporter**              **Courtroom Clerk**
                             Julie A. Wolfer                 Darlene Maury

| Pltf. | Def. | Date Offered | Description of Witness |
|-------|------|--------------|------------------------|
| X     |      | 1/18/06      | Jane Pack.Dir.Comm.Ctr.on 10/11/2000 |
| X     |      | 1/18/06      | Flora Prather,neighbor om 10/11/2000 |
| X     |      | 1/18/06      | Judge Margaret A.Clark,Case No.CRB00001246 |
| X     |      | 1/18/06      | Mary McMullen,Asst.Pros Case No.CRB0001246 |
| X     |      | 1/18/06      | Jon C.Hapner,Def.Con'sl Case No.CRB0001246 |
| X     |      | 1/18/06      | John M.Scott Humane Society on 8/20/2001 |
| X     |      | 1/18/06      | Eunice Adae,neighbor on 10/11/2000 |
| X     |      | 1/18/06      | Thos.F.Grennen,Pros.Atty on 10/11/2000 |
| X     |      | 1/18/06      | Brn.Co.Comm's in office on 10/11/2000**** See Note |
| X     |      | 1/18/06      | Richard Wainscott,neighbor on 10/11/2000 |
| X     |      | 1/18/06      | C.O. Rick Hainey,on 10/11/2000**** See Note |
| X     |      | 1/18/06      | C.O.Geno aPHgar on 10/11/2000**** See Note |

**** See Note,above:Plaintiff awaits Courts response for reconsideration NOV 30.05.

PAGE 2 OF 2