UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION CONFERENCE**

REYNOLDS,

v                                                                                       Civil: C-01-877

CRAWFORD, et al,


Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter B. Schwab  (Official)

Law Clerk: A. Thomas

Courtroom Deputy: Darlene Maury

 -------------------------------------------------------------------------------------------------------
**Appearances:** Wm. Reynolds (Pro Se) for Pltf; J. Vincent for Defense .

Case called for a Motion Conference. Conference held  in Chambers. Motions addressed. Schedule established. Order to issue.




Date: Wednesday, January 18, 2006
TIME: 1:30 p.m.. - 3:15 p.m.