UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM D. REYNOLDS,

        Plaintiff

v.                              CIVIL ACTION: C-1-01-877

SHERIFF WINDELL CRAWFORD, et al

        Defendant

## ORDER

Pursuant to the record established at the Conference held on January 18, 2006, Plaintiff's Motion to continue Pro Se (#94) is GRANTED, Plaintiff's Motion for Reconsideration (#95) is DENIED, Plaintiff's Motion for defense counsel to cease and desist (#98) and Plaintiff's Motion for Settlement (#97) are DENIED as MOOT, and Plaintiff's Motions to Schedule this Case for Trial (#88 & #90) are GRANTED. The following schedule is hereby entered and shall control the disposition of the above styled case:

(1)    Plaintiff(s) shall comply with Fed. R. Civ. P. Rule 26(a)(2) no later than February 24, 2006. Defendant(s) shall comply with Fed. R. Civ. P. Rule 26(a)(2) no later than March 31, 2006.

Pursuant to the Rule, both parties shall furnish to any opposing party a curriculum vitae, as well as a binding written report of the testimony of the expert witnesses.

(2) The discovery cut-off date is April 14, 2006.

(3) Status Conferences are SCHEDULED for Wednesday, April 5, 2006 at 1:30 p.m. and Wednesday, June 7, 2006 at 1:30 p.m. Parties are granted leave to waive a Status Conference if there are no issues to be presented to the Court. A request for waiver shall be submitted to this Court's Case Manager (via email or telephonically) 48 hours prior to the Conference.

2

(4) All dispositive Pretrial Motions shall be filed by May 31, 2006.

(5) Counsel shall file their Proposed Joint Final Pretrial Order by August 7, 2006 and this case shall proceed to trial in September 2006 trial term.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court

Rev.11/05