# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. REYNOLDS, | : | Case No. C-1-01-877 |
| Plaintiff, | : | Judge Herman J. Weber |
| vs. | : | Magistrate Judge Timothy S. Black |
| WINDELL CRAWFORD, et al., | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION OF PLAINTIFF

Please take notice that counsel for Defendants will take the deposition of **Plaintiff William D. Reynolds,** on **Monday, February 6, 2006** beginning at **11:30 a.m.** at the United States District Court, Southern District Courthouse, 100 East Fifth Avenue, Room 210, Cincinnati, Ohio.

Said deposition will be taken by a notary public or other official authorized by Ohio law to administer oaths, by stenographic means, and shall continue from day to day until completed. Defendant has retained Reno Reporting to act as court reporter for this deposition.

Respectfully submitted,

/s/    John E. Vincent
**MARK LANDES (0027227)**
E-mail: marklandes@isaacbrant.com
**JOHN E. VINCENT (0070501)**
E-mail: johnvincent@isaacbrant.com
ISAAC, BRANT, LEDMAN & TEETOR, LLP
250 East Broad Street, 9th Floor
Columbus, Ohio 43215-3742
(614)221-2121; FAX (614)365-9516
*Attorneys for Defendants*

Doc:273858.1

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  A copy was also served via U.S. Mail, postage prepaid this 24th day of January, 2006, upon:

William D. Reynolds
7013 St. Rt. 221
Georgetown, Ohio 45121
*Plaintiff pro se*

                                          /s/     John E. Vincent
                                          **MARK LANDES (0027227)**
                                          **JOHN E. VINCENT (0070501)**
                                          *Attorneys for Defendants*

272805