**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM D. REYNOLDS, | : | Case No. C-1-01-877 |
| Plaintiff, | : | Judge Weber |
| vs. | : | Magistrate Judge Black |
| WINDELL CRAWFORD, et al., | : | |
| Defendants. | : | |

**DEFENDANTS' DISCLOSURE OF LAY & EXPERT WITNESSES**

Now come Defendants, pursuant to the Order of this Court, and hereby identify the following lay and expert witnesses that they reserve the right to call to testify at any trial of this action:

1. William D. Reynolds, Plaintiff (As on Cross-Examination);

2. Phyllis J. Reynolds;

3. All of Plaintiff William D. Reynolds' physical and/or mental health treaters including, but not limited to, the following:

    a. Agent(s), Employee(s), Representative(s) and/or Records Custodian of the Veteran's Administration;

    b. Michael S. McHenry
       Brown County Family Physicians
       421 Home Street
       Georgetown, Ohio 45121;

    c. Dr. Brody
       Current address unknown.

4. Former Deputy Chris Snider, Defendant;

5. Deputy Larry Meyer, Defendant;

6. Michelle Hudepohl, Defendant;

      7.      Deputy Clark Gray, Defendant;

      8.      Defendants reserve the right to amend this list as additional names become known through discovery;

      9.      Defendants reserve the right to call any and all witnesses identified by any other party to this action, and to supplement this disclosure with additional witnesses as may be necessary as a result of identification of additional witnesses by Plaintiff, both lay and expert.

      Respectfully submitted,

/s/     John E. Vincent
**MARK LANDES (0027227)**
E-mail: marklandes@isaacbrant.com
**JOHN E. VINCENT (0070501)**
*E-mail*: johnvincent@isaacbrant.com
ISAAC, BRANT, LEDMAN & TEETOR, LLP
250 East Broad Street, 9th Floor
Columbus, Ohio 43215-3742
(614)221-2121; Fax (614)365-9516
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy was also served via U.S. Mail, postage prepaid this 31st day of March, 2006, upon:

William D. Reynolds
7013 St. Rt. 221
Georgetown, Ohio 45121
*Plaintiff pro se*

                                             /s/     John E. Vincent
                                             **MARK LANDES (0027227)**
                                             **JOHN E. VINCENT (0070501)**
                                             *Attorneys for Defendants*