UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STATUS CONFERENCE**

REYNOLDS,

v                                                                            Civil: C-01-877

CRAWFORD, et al,


Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter L. Conley (Contract)

Law Clerk: A. Thomas

Courtroom Deputy: Darlene Maury

-------------------------------------------------------------------------------------------------------------
**Appearances:** Wm. Reynolds (Pro Se) for Pltf; J. Vincent for Defense .
(all participants by conference call)

Case called for a Status Conference. Conference held in Chambers. Motions addressed. Pltf submits amended witness list for filing by the Clerk of Courts. Conference date of 6/7/06 at 1:30 p.m. is Confirmed. Order to issue.


Date: Wednesday, April 5, 2006
TIME: 1:30 p.m.. - 3:30 p.m.