UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William D. Reynolds    Plaintiff

v.

Windell Crawford    Defendant et.al.

WITNESS LIST, Final, Plaintiff

CASE NO. C-1-01-877

Presiding Judge
Herman J. Weber

Plaintiff Attorney

Defendant Attorney

Trial Dates

Court Reporter
Julie A. Wolfer

Courtroom Clerk
Darlene Maury

| Pltf. | Def. | Date Offered | Description of Witness |
|---|---|---|---|
| X | | 4/5/06 | Dep. Carl Smith, Duty Sgt., on 10/11/2000. |
| X | | 4/5/06 | Jane Pack, Dir. Comm. Ctr. on 10/11/2000 |
| X | | 4/5/06 | Flora Prather, neighbor, on 10/11/2000 |
| X | | 4/5/06 | Richard Wainscott neighbor on 10/11/2000 |
| X | | 4/5/06 | Eunice Adae, neighbor, on 10/11/2000 |
| X | | 4/5/06 | Margaret A. Clark, Judge, Case No, CRB0001246 |
| X | | 4/5/06 | Jon C. Hapner, counsel, Case No. CRB0001246 |
| X (EXPERT) | | 4/5/06 | Dr. Michael McHenry, Pltf's Dr. on 10/11/2000 |
| X | | 4/5/06 | Angela Snider, Dispatcher, Comm. Ctr. on 10/11/2000 |
| X | | 4/5/06 | Deborah Adkins, Court Reporter. |

_____
Col. William D. Reynolds, Plaintiff