IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM D. REYNOLDS,

    Plaintiff,

v.                                                                                          C-1-01-877

WINDELL CRAWFORD, et al.,

    Defendant.

## ORDER

This matter is before the Court upon the Status Conference held on Wednesday, April 5, 2006. Pursuant to the record established during the conference and for the reasons stated thereon :

Plaintiff's Motion to Deviate from exhibit format (doc. no.105) is GRANTED.

The objections to interrogatories numbered 3, 5, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, and 19 in the first series and the entire second series are SUSTAINED. The answers to Interrogatories 6, 11, and 12 in the first series are deemed adequate.

The defendants have been unable to respond to the balance of the interrogatories due to the fact that they do not have access to the tapes discussed on the record during the Status Conference. To facilitate a resolution of this situation, plaintiff has agreed to deliver his copies of the tapes to a courier service to be copied and returned to the plaintiff. All expenses shall be paid by the defendants.

Defendants agreed to pay for and provide to plaintiff a full page copy of the transcript of plaintiff's deposition which was taken by defendants.

The plaintiff's final witness list submitted during the Status Conference is accepted as the final list and shall be filed.

The Dispositive Motion Deadline of May 31, 2006 is confirmed.

The next Status Conference is confirmed for June 7, 2006 at 1:30 p.m.

    IT IS ORDERED.

                                                         Herman J. Weber, Senior Judge
                                                         United States District Court

J:\DOCUMENT\01-877.statusconf.ord.wpd