IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO, WESTERN
DIVISION

FILED
JAMES BONINI
CLERK

06 MAY 30 PM 3:00

William D. Reynolds, Col. USAF Ret.

Plaintiff,

vs.,

Windell Crawford, et.al.

Defendants

Case No. C-1-01-877, removed from Common Pleas Court, Brown County, Ohio Case No. 20010713 by counsel John E. Vincent.

REPORT, by Plaintiff to the Court as promised at Hearing APR 5, 2006, Senior Judge Herman J. Wwber, presiding.

Now comes the Plaintiff who states that he served counsel John E. Vincent, therefore, Mark Landes with INTERROGATORIES and REQUESTS FOR PRODUCTION from Defendant(s) Chris snider and Larry Meyer on 2/6/2006, immediately after Deposition of Plaintiff.

1. Counselors Vincent and Landes chose instead to ILLEGALLY change Plaintiff's FORMAT by dismissing:

   a. Case no. 20010713 from Plaintiff's Heading, above, in their effort to CONCEAL the Wrong Doings in that Court and the Brown County, Ohio Court as well.

   b. Magistrate Judge Timothy S. Black IS IN CONFLICT OF INTREST in Plaintiff's Case No. 1:05 CV 224, therefore, should be BARRED for ALL MATTERS IN EITHER CASE.

2. Counsel Vincent, in the captioned case, ADMITTED to Judge Weber and Plaintiff at Hearing APR 5, 2006 that HE DID NOT FILE THE ANSWERS/RESPONSES to DISCOVERY, but, someone, UNNAMED, FROM HIS OFFICE DID.

   c. From the appearance of: DEFENDANTS CHRIS SNIDER AND LARRY MEYER'S

(1.)

RESPONSE TO PLAINTIFF'S "DISCOVERY" SERVED ON FEBRUARY 6,2006, that:

   d. The person and or persons who RECOPIED PLAINTIFF'S DISCOVERY and REQUEST(s) FOR PRODUCTION never read THE COURT'S "LOCAL CIVIL & CRIMINAL RULES" 5.1, therefore, Plaintiff feels safe in saying that either A PARALEGAL or The JANITOR who wrote the ANSWERS/Responses, because,:

   e. Multiable places throughout INTERROGATORIES, HAVE NOT BEEN REWRITTEN VERBATUM. (Comparison of Plaintiff's ORIGINAL to WHAT WAS REWRITTEN.)

   f. ANSWERS allege throughout a VIOLATION of Fed.R.Civ.P. 33(A) WHEN IN FACT THERE IS NO 33(A).

   g. ANSWERS ALLEGE, throughout, that Plaintiff FAILED to PROVIDE EXHIBITS with his INTERROGATORIES. NOT SO, counsel Vincent and Landes were furnished with EACH PLAINTIFF'S EXHIBIT(S) A,B,D and in CERTIFICATION EACH SUB-EXHIBIT, E and in CERTIFICATION EXHIBIT(S) A AND B. EXHIBIT F WRITTEN BY COUNSEL VINCENT and Landes, EXHIBIT F-1 ANSWERED by Jane Pack with Plaintiff's ORIGINAL attached thereto, that by CERTIFICATION was mailed to Vincent. EXHIBIT G WRITTEN by Plaintiff that by CERTIFICATION was mailed to counsel VINCENT.

   h. BE IT KNOWN BY ALL PARTIES, that on APR 5,2006 Senior Judge Herman J. Weber, BY DEVIATION, APPROVED THE LOCATION OF PLAINTIFF'S EXHIBIT STICKERS IN THE PRESENCE OF COUNSEL VINCENT. Further, Judge Weber INSTRUCTED PLAINTIFF to put the EXHIBITS IN A FOLDER, and that EACH EXHIBIT MUST HAVE A LABEL that would IDENTIFY EACH, and submitted for his approval. Forthcomming, at Hearing JUNE 7,2006.

   i. It is self-evident to Plaintiff that counsel Vincent at Hearing APR 6, 2006 convinced Judge Weber everything in DISCOVERY was TRUE and Correct and therefrom, Judge Weber RULED DISCOVERY WAS VALID, which the foregoing two (2)

(2.)

pages prove otherwise, therefore Plaintiff:

j. REQUESTS the Court to VOID EACH ANSWER/RESPONSE as filed by counsel John E.Vincent and Mark Landes and "ORDER THEM TO FILE" Request(s) for Production,and NonElusive Answers to DISCOVERY (20) for EACH DEFENDANT,Chris Snider and Larry Meyer,only this time they must include TIME CARDS for EACH DEFENDANT for the date of 10/11/2000,they being:

1. Deputy Chris Snider,

2. Deputy Larry Meyer,

3. Deputy Michelle Hudepohol,

4. Deputy Clark Gray.

Col.William D.Reynolds,Plaintiff

Enclosures for the Court: (1) Copy of Plaintiff's ORIGINAL DISCOVERY,(2) Copy of what DISCOVERY looks like at the hand of counsel Vincent and Landes.

### CERTIFICATION

Two Original Signatured copies with S.A.S.E. miled to Clerks office for file-stamp and return of one copy to Plaintiff. Copy of this (3) page REPORT mailed to Counsel Vincent and Landes at their business address in Col's,Ohio on Sat. 5/27/2006.