# PROBABLE CAUSE AFFIDAVIT
## LAW ENFORCEMENT AGENCIES

TODAY'S DATE: 10/11/00
DATE OF OFFENSE: 10/11/00
TIME OF OFFENSE: 4:51 PM

OFFICER'S NAME: CHRIS SNIDER
BCSO
ADDRESS: 750 Mt Orab Pike
Georgetown, OHIO ZIP 45121

VICTIM'S NAME: Citizens of Brown Co
ADDRESS: 750 Mt Orab Pike
CITY: Georgetown STATE: OHIO ZIP: 45121
HOME PHONE: 
WORK #: 378-4435
PLACE OF EMPLOYMENT:
SOCIAL SECURITY #:
DOB:

### PLEASE ENTER THE FOLLOWING INFORMATION OF OFFENSE

AGENCY CONTACTED: BCSO
DATE AUTHORITIES CONTACTED: 10/11/00
TYPE OF OFFENSE: 7013 ST RT 221
NAME OF OFFICER: CHRIS SNIDER

### PLEASE ENTER THE FOLLOWING INFORMATION OF THE PERSON YOU BELIEVE COMMITTED THE OFFENSE

NAME: William Reynolds
ADDRESS: 7013 ST RT 221
Georgetown, OHIO ZIP 45121
PLACE OF EMPLOYMENT: Retired

WEIGHT: 205
HEIGHT: 5'11
HAIR COLOR: BLK
EYE COLOR: BLU
SOCIAL SECURITY #: 275-32-5-865
DATE OF BIRTH: 12/2/37
HOME PHONE #: 378-3440
WORK #:

### IF PERSON WHO COMMITTED OFFENSE IS A JUVENILE PLEASE PROVIDE THE FOLLOWING INFORMATION AS TO NATURAL PARENTS:

FATHER:
ADDRESS:
CITY STATE ZIP
HOME PHONE # WORK #
PLACE OF EMPLOYMENT

MOTHER:
ADDRESS:
CITY STATE ZIP
HOME PHONE # WORK #
PLACE OF EMPLOYMENT

### NAME AND ADDRESS OF WITNESSES WHO OBSERVED OFFENSE OR HAVE KNOWLEDGE CONCERNING IT

WITNESS NO. 1
NAME: Dep. Larry Meyer
ADDRESS: BCSO
CITY STATE ZIP
HOME PHONE # WORK #
SEX AGE RACE
PLACE OF EMPLOYMENT

WITNESS NO. 2
NAME: C.O. Rick Haney & C.O. Geno aPlear
ADDRESS: BCSO
CITY STATE ZIP
HOME PHONE # WORK #
SEX AGE RACE
PLACE OF EMPLOYMENT

LIST ADDITIONAL WITNESSES ON AN ADDITIONAL SHEET OF PAPER.

PLEASE WRITE YOUR STATEMENT CONCERNING THE NATURE OF OFFENSE.
PLEASE STICK TO THE FACTS AND BRIEFLY DESCRIBE, WHO (USING FIRST AND LAST NAMES) WHAT, WHEN AND WHERE;
PLEASE INCLUDE YOUR WITNESSES:

After answering a call to a res on 221 I/O's came in contact w/ Bill Reynolds ref a father banging Bob call. I/O's responded after being cussed on the phone at 911. Upon entering the res, Mr Reynolds started cussing and accusing I/O's of not doing what we were supposed to be doing. Mr Reynolds was warned to stop cussing and yelling or he would be arrested. Mr Reynolds refused and kept his actions up. Mr Reynolds was placed under arrest.

CONTINUE STATEMENT ON AN ADDITIONAL SHEET OF PAPER:

STATE OF OHIO
COUNTY OF BROWN SS:

AFFIANT BEING FIRST DULY CAUTIONED AND SWORN ACCORDING TO LAW DEPOSE AND SAY THAT THE FACTS CONTAINED IN THE WITHIN AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE OR BELIEF.

_____
SIGNATURE OF AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME IN MY PRESENCE THIS 11 DAY OF Oct

Michelle Hudepohl
CLERK/DEPUTY CLERK BROWN COUNTY

MICHELLE HUDEPOHL
Notary Public, State of Ohio
My Commission Expires August 11, 2002