UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STATUS CONFERENCE**

REYNOLDS,

v                                                                    Civil: C-1-01-877

CRAWFORD, et al,


Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter Julie Wolfer (Official)

Law Clerk: A. Thomas

Courtroom Deputy: Scott Lang

-------------------------------------------------------------------------------------------------------
**Appearances:** Wm. Reynolds (Pro Se) for Pltf; J. Vincent for Defense.

Case called for a Status Conference. Conference held in Chambers. Court directs interrogatories and responses to be filed of record by the Clerk of Courts. Briefing Schedule established. Order to issue.


Date: Wednesday, June 7, 2006
TIME: 1:30 p.m.. - 2:45 p.m.