IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM D. REYNOLDS,

    Plaintiff,

v.                                  C-1-01-877

WINDELL CRAWFORD, et al.,

    Defendant.

## ORDER

This matter is before the Court upon the Status Conference held on Wednesday, June 7, 2006. Pursuant to the record established during the conference and for the reasons stated thereon :

Plaintiff shall file his response to defendants' motion for Summary Judgment on or before July 17, 2006.

Defendants shall file their rebuttal on or before August 1, 2006.

A hearing on the Motion for Summary Judgment is **SET** on Monday, August 7, 2006 at 1:30 p.m.

IT IS ORDERED.

_____
Herman J. Weber, Senior Judge
United States District Court

J:\DOCUMENT\01-877.2ndstatusconf.ord.wpd