IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO, WESTERN
DIVISION

06 JUL -5 PM 12:31

William D.Reynolds,Col.USAF Ret.

Plaintiff,

vs.,

Windell Crawford,et.al.

Defendants

Case No. C-1-01-877, removed from Common Pleas Court, Brown County, Ohio Case No. 20010713 by counsel John E.Vincent.

Notification to the Court and counsel Vincent for additional Surgery.

Now comes the Plaintiff who is scheduled for Surgery, JUL 27, 2006 at 10:00AM. Plaintiff at this point is ignorant of the procedure and will not learn about it until JUL 19, 2006.

1. This could possibly delay Plaintiff being ready/completed with his Review of FACTS and Comment by the end of July 2006 as granted by the Court.

2. Counsel Vincent furnished Plaintiff with Defendant, Corrections Officer, subsequent, Deputy Michelle Hudepohol's, Application For Employment, wherein Plaintiff finds that Michelle Hudepohol is a DAUGHTER to Defendant Larry Meyer., (2) This proves NEPOTISM in the Brown County, Ohio Sheriff's Department does exist., (3) That Defendant, Deputy Larry Meyer also PERFORMS EMPLOYEE PERFORMANCE EVALUATION(s) on his OWN DAUGHTER., (4) Plaintiff's cursory review of her submission FAILS to show where she ILLEGALLY passed an U.S.Mail truck that destroyed both vehicles and injuring both PRISONERS she was transporting to Prison in Orient, Ohio [t]hus a Cover-Up, therefore, The Character of both Defendant(s) is Questionable.

Col.William D.Reynolds, Plaintiff

CERTIFICATION

Two Original Signatured copies mailed to the Court with S.A.S.E. for return of one copy to Plaintiff. Copy mailed to counsel Vincent, 7/3/2006.