





PLAINTIFF'S EXHIBIT A-2