


**Brown County Sheriff's Office**
**Dwayne Wenninger, Sheriff**
**750 Mt.Orab Pike**
**Georgetown, OH 45121**
**Office (937) 378-4435 Fax (937) 378-2039**

Mr. William Reynolds
7013 State Rt. 221
Georgetown, Ohio 45121

It has come to my attention over the past several months that the Deputies are responding to calls to your home and they normally do not find a valid reason for the call.

You are continuously calling for littering complaints of paper/cups and other small items in your yard.

They have been called several times for loud radio calls, none of these calls have been found valid. Persons that live around you have just as much right to enjoy there belongings, and property owned and or rented.

I have advised my Deputies that on every non-emergency call made to your home that they will return your call and have the discretion to have you respond to the Sheriff's Office to file your report.

Sheriff D. Wenninger
07/17/01

PLAINTIFF'S EXHIBIT X-5
PENGAD 800-631-6989

10/24/97

BROWN COUNTY COMISSIONERS:

SUBJECT: LACK OF INVESTIGATION REPORTS.

DEAR SIR:

I'M MORE THAN A LITTLE CONCERNED ABOUT THE MULTIABLE BARKING DOG PROBLEMS I HAVE BEEN HAVING WITH FLORA PRATHERS,RENTERS DOGS,ESPECIALLY AT NIGHT.

I HAVE TAKEN THE TIME TO HAVE KEPT NOTES AND THEN WRITTEN A (15) PAGE STATEMENT TO GO TO THE PROSECUTORS OFFICE. I FIND HOWEVER YOUR DEPUTIES HAVE NOT BEEN WRITING INVESTIGATION REPORTS,ABOUT THE PROBLEMS SO I HAD SOMETHING TO BACK ME UP WITH THE PROSECUTORS OFFICE.

ALTHO I HAVE CALLED YOUR OFFICE (20-25) TIMES AS SHOWN IN MY STATEMENT. THE ONE INCIDENT THAT I DEMAND A RESPONSE FROM IS BY DEPUTY CPL.CARL SMITH. MY CONCERN IS THAT SMITH SAID HE HAD RESPONDED TO ONE OF MY COMPLAINTS ON 10/11/97. HE IN A PHONE CONVERSATION WITH ME STATED THE FOLLOWING:

HE HAD STOPPED AT 7101 ST.RT.221 BECAUSE THERE WERE DOGS BARKING BEHIND THAT TRAILER RATHER THAN THE ONE I HAD TOLD THE DISPATCHER ABOUT. SMITH SAID HE HAD TALKED TO THE DOGS OWNER,MEECE OR MERCER WHO TOLD SMITH:

"<u>THAT I HAD STOPPED AT THAT BOYS HOUSE ABOUT HIS BARKING DOGS AND THAT I HAD THREATENED TO SHOOT THE DOGS</u>!!!! <u>SOMEHOW SMITH JUSTIFIED THAT HE DIDN'T HAVE TO WRITE A REPORT ON THE INCIDENT AND THE THREAT</u>!!!

IN MY CONVERSATION WITH SMITH LAST EVENING 10/23/97 8:00PM HE TOLD ME HE HADN'T WRITTEN AN INVESTIGATION REPORT BUT THAT HE FROM HIS NOTES,THAT DATE WOULD WRITE A STATEMENT OF WHAT WAS SAID BY MEECE/MERCER. I TOLD SMITH NO,THAT WASN'T ACCEPT-TABLE,BECAUSE MEECE/MERCER SAID <u>I HAD COME UPON HIS PROPERTY</u> (FLORA PRATHERS RENT-ER) AND THREATENED TO SHOOT HIS DOGS SO I WANTED HIM TO IDENTIFY ME AS THE PERSON HE CLAIMED STOPPED. <u>HE AT A MINIMUM</u>,HAS TO MAKE THE FOLLOWING IDENTIFICATION:

A. KIND AND COLOR OF VEHICLE I WAS DRIVING?

B. WHAT COLOR OF SHIRT AND TROUSERS WAS I WEARING?

C. DID I COME UP ON HIS PORCH OR DID WE MEET JUST ON THE PROPERTY.

D. WHAT KIND OF <u>CAP OR HAT WAS I WEARING</u> OR NOT WEARING? IF WEARING WHAT COLOR WAS IT?? WAS THERE ANYTHING <u>UNIQUE</u> ABOUT THE CAP OR HAT??



E. HAD HE EVER BEEN IN THE MILITARY OR MILITARY RESERVES AT ANY TIME?

F. WAS HIS WIFE WITH HIM, AND IF YES GET HER TO IDENTIFY ME USING THE SAME QUESTIONS, SEPARATELY.

G. HOW LONG HAD THEY LIVED AT 7101 ST.RT. 221?

H. HAD FLORA PRATHER GIVEN THEM PERMISSION TO KEEP THE DOGS AT 7101? IF YES, WHAT RESTRICTIONS DID SHE MAKE, IF ANY? IF SHE DIDN'T GIVE YOU PERMISSION OR MAKE ANY RESTRICTIONS ABOUT YOUR HAVING THE DOGS, DID YOU JUST BRING THEM ANYWAY??

FROM THIS QUESTIONING YOU SHOULD BE ABLE TO DETERMIN THAT MEECE/MERCER IS AND ALWAYS HAD BEEN LYING, WHICH, NOW MAKES HIM HAVING FILED " A FALSE REPORT WITH A LAW OFFICER", A CRIMINAL CHARGE, DEFAMATION OF CHARACTER AGAINST ME PERSONALLY, IS AT LEAST A CIVIL CHARGE AND POSSIBLY A CRIMINAL CHARGE.

CONSPIRACY MAY HAVE JUST RAISED ITS UGLY HEAD" FROM MEECE/MERCERS ANSWERS, WHICH ARE REFLECTED IN "SWORN STATEMENTS" MADE BY: FLORA PRATHER, HER DAUGHTER EUNICE ADAE, HER SON, DWAYNE DAUGHERTY, AND THE PARKERS WHO LIVED AT 7021 ST.RT.221, ALL ON THE EVENING OF 1/4/97!! HERE AGAIN, ONE OF CRAWFORDS FINEST, DEPUTY SINNINGER, DIDN'T FEEL IT IMPORTANT ENOUGH TO WRITE A REPORT ON 1/4/97 ON THE CHARGE OF "INDECENT EXPOSURE" BUT HE DID SEE FIT TO WRITE AN INVESTIGATION REPORT FOR SOMEONE WHO DUMPED "BAKED BEANS" ON TOP OF MY MAIL BOX AND SKIDING THEIR TIRES THRU MY LAWN!! PHOTO POUCH IS AVAILABLE. I HAVE THAT CRIMINAL CHARGE REPORT, IN HAND!!

NICHOLAS RING SAW ALL OF THE LIES IN THOSE "SWORN STATEMENTS" AND AS OF 19/24/97 HAVE NOT, I REPEAT HAVE NOT FILED CHARGES ON ME!!! THAT'S (10) MONTHS AND (20) DAYS AFTER THE FACT!!! THOMAS GRENNEN WAS A PARTY OF THE FIRST PART IN A PHONE CONVERSATION FROM THE RADIO STATION, WAXZ, WHEN FLORA, HER DAUGHTER EUNICE ADAE AND HER SON DWAYNE DAUGHERTY, THAT ARE IDENTIFIABLE, AND AT LEAST ONE OTHER FEMALE WERE ALL A PARTY TO THAT 1/10/97 CALL TO THE STATION!!!

NOW I DEMAND SHERIFF CRAWFORD PERSONALLY QUESTION MEECE/MERCER WITH A MINIMUM OF THE QUESTIONS A THRU H HEREIN THEN MAKE CPL.SMITH DO THE SAME THING ONLY REVERSE THE QUESTIONS, A FEW DAYS LATER, TO BOTH THE MEECE/MERCERS, SEPARATELY!!!!!

I HAVE PLACED A "SIGNATURE SEALED ENVELOPE" CONTAINING MY "SWORN STATEMENT" CONSISTING OF (15) TYPE WRITTEN PAGES AND THIS (2) PAGE LETTER. NOW GET THE REPORTS FOR COMPARISON TO SEE JUST EXACTLY WHO IS LYING, AND OF COURSE A GOOD INSIGHT OF THE OPERATION OF THE SHERIFF'S OFFICE, ESPECIALLY ON THE 2nd AND 3rd SHIFTS!!!!

Col. William D. Reynolds
7013 ST. RT. 221
Georgetown, Ohio 45121

6/18/2006 / Ripley News Democrat

# Dog Warden means business

## Pet owners are warned of fines

By WADE LINVILLE
Associate editor

Tag your dog or suffer the consequences, said Brown County Dog Warden Reggie McKenzie, referring to a substantial decrease in dog tag sales for 2006.

"This is a big issue," McKenzie said of the decrease in tag sales.

According to McKenzie, there were 996 dogs registered in 2005 that have not purchased dog tags from the Brown County Auditor's Office or Animal Shelter yet this year.

"In 2005, the number of regular tags (sold) was 9,078 and there were 185 kennel tags (sold). This year, there are 144 kennel tags and 8,082 regular tags," said McKenzie. "This is a problem."

Although the decrease in dog tag sales does not necessarily mean that those who purchased dog tags last year still own their pets, but McKenzie finds it hard to believe that so many dogs in the county have either died or were sold to someone outside of the county.

To address the issue, dog warden staff will be on extra duty, patrolling the roadways on evenings and weekends in search of dog owners who have not registered their animals.

"We're going to do random patrol," said McKenzie. "There are no warnings."

If dog owners are found to have no tags for their pets, they will be forced to pay a fine of $16, double the original cost of a dog tag in Brown County. The fine doubles each time a dog owner is found without tags for their pets.

Not only will deputy dog wardens be patrolling the county in search of tagless dogs, but they will also be traveling door to door, requesting tags from each dog owner.

The Brown County Animal Shelter is financially self-suffi-

Please see DOGS / A3

# Dogs: Warden to double fines

continued from page 1

cient, operating solely from dog tag sales and dog-related citations rather than using money from Brown County's General Fund to operate.

With dog tag sales on the decline, the Dog Warden stands the risk of cutting back on services or losing an employee.

"If we're short (on funds), we have to cut costs somewhere," McKenzie said.

Dogs that have tags must wear the tags. If pet owners have purchased tags for their dogs, but refuse to place the tags on their pets, they do run the risk of their dog being impounded at the Brown County Animal Shelter and paying a $25 pet redemption fee plus an additional $5 per day for food, water and care of the animal.

Dogs that are picked up not wearing a tag will be held at the Animal Shelter only three days. Dogs who are picked up with valid tags will be held at the Animal Shelter for 14 days. After the required holding period, dogs can be put up for adoption or disposed of at the discretion of the Brown County Dog Warden.

Other penalties listed in the Ohio Revised Code that relate to dogs and dog owners inc[lude] failure to register a dangerous/vicious dog, which can result in a $1,000 fine and possible jail time.

Failure to register a dog ken[-] nel can result in a fine of $[illegible].

Failure to properly confine a dog at all times can result in a $102 fine.

For more information relating to dog tags and dog owner requirements, contact the Brown County Animal Shelter (937) 378-3457.

6/11/2006, Brown County Press

# Dog warden will conduct random dog license checks

Brown County Dog Warden Reggie McKenzie, has announced that his department will be conducting random dog license checks throughout the area.

McKenzie said, "The Ohio Revised Code requires (the dog warden) to conduct tag checks and a dog census in the county."

There were nearly 1,000 fewer dogs registered in 2006 compared to the prior year.

"This can't be attributed entirely to attrition or owner relocation so it's a safe assumption that this is a result of non-compliance," McKenzie said. "All dogs over three months of age must be licensed each year before Jan. 31.

"The Brown County Animal Shelter's deputies will be writing citations against the owners of any dog not registered or tagged. A citation carries a fine of $16 and a requisite court appearance for the first offense.

Each subsequent offense may double the cost of the fine, and consistent non-compliance can result in the removal of the dog from the owner's home.

Dog owners who utilize the kennel registration option must meet the criteria set by the ORC (955.02), which specifically states a kennel owner is a person, partnership, firm, company or corporation professionally engaged in the business of breeding dogs for hunting or for sale.

McKenzie said that kennel owners are a specific concern to his department due to some incidents of hoarding (taking in large numbers of dogs in an all too often misguided attempt to care for them) and the existence of puppy mills in the county.

"These are real problems here," he said.

Applications for a dog or kennel license are available 8 - 4:30 p.m. Monday through Friday at the Brown County Auditor's office in the County Administration Building, 800 Mt. Orab Pike, Georgetown, and the Brown County Animal Shelter, 100 Veterans Blvd., Georgetown, as well as at various satellite locations throughout the county.

A list of these locations and information regarding the ORC guidelines for dog licensing are available at www.browncountyauditor.org.



Democrat Apr 23, 2006

# Georgetown Sears under new ownership

By WADE LINVILLE
Associate editor

The Sears Roebuck and Company authorized retail dealer store on East State Street in Georgetown is now operating under new ownership.

Reggie McKenzie and his wife, Elizabeth Thorne-McKenzie, took over operations at the Georgetown Sears on Monday, April 10, after making the choice to purchase the Sears store from Charles "Chuck" Marino, who has owned the store for the past several years.

"We saw a great opportunity not only to help out my immediate family but my whole family," said Reggie McKenzie. "We look forward to providing the people of Brown County with an excellent service."

Currently, Reggie McKenzie tends to customers at the store taking care of ownership responsibilities while Elizabeth Thorne-McKenzie handles the duties of store manager.

In July, the owners have plans for their daughter, Stephanie, to take over the duties of store manager after she returns from North Carolina.

Reggie McKenzie said he has already found the joy in owning a business.

"It's amazing (taking over the ownership of the Georgetown Sears)," he said. "I really love talking to people and we have some great people that come into the store. I really enjoy it."

Reggie McKenzie is no stranger to many members of the Brown County community, becoming popular through his service as the Brown County Dog Warden since he was selected for the position in August of last year.

After the McKenzies made their choice to purchase the Sears store, Reggie McKenzie approached the Brown County Board of Commissioners nearly three weeks ago with a resignation in hand.

Please see SEARS / A3

THE NEWS DEMOCRAT SUNDAY APRIL 23, 2006 A3



New Sears owners, Reggie McKenzie and Elizabeth Thorne-McKenzie, look forward to servicing the people of Brown County.

# Sears: Grand opening planned

continued from page 1

During his discussions with the Brown County Commissioners, Reggie McKenzie chose to remain as Dog Warden but requested his work hours as Dog Warden be reduced to part-time, allowing him more time to run the Sears store.

"I enjoy doing both," Reggie McKenzie said of his job as Dog Warden and as co-owner of the Sears store. "I love the community."

Reggie McKenzie credited two Dog Warden deputies, Bill Frazier and Johnny Craig, for making it possible to reduce his hours to part-time after deciding to purchase the Sears store.

"Luckily, I have two good deputies that can handle nearly everything at the Animal Shelter," he said.

The McKenzies are planning to have a grand re-opening of the Sears store near the end of May or beginning of June.

For more information regarding the Georgetown Sears, call (937) 378-4100.

