**Assistant Prosecutors**
Robert F. Benintendi
Tresa Gossett
David E. Grimes
Cecelia J. Potts
**Paralegal**
Karen Oakley-Everson

# BROWN COUNTY, OHIO
200 East Cherry Street
Georgetown, Ohio 45121



**Investigators**
Robert W. Gifford
Larry W. Littleton

937-378-4151
FAX: 937-378-6529

April 3, 1998

Mr. William D. Reynolds
7013 State Route 221
Georgetown, Ohio 45121

Rec Sat. 4/4/98
WDR

Re: State of Ohio vs. William D. Reynolds
Case No. 98CRB1717 (01-02)

Dear Mr. Reynolds:

Enclosed please find the Rule 16 Discovery in regards to the above case.

Very truly yours,

Robert F. Benintendi
Assistant Prosecutor

RFB/csw


PLAINTIFF'S EXHIBIT

BROWN COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | Case No. 98-CRB-1717 (01-02) |
| Plaintiff, | : | |
| | : | (Judge Margaret A. Clark) |
| vs | : | |
| WILLIAM D. REYNOLDS, | : | RULE 16 DISCOVERY COMPLIANCE BY THE STATE OF OHIO |
| Defendant. | : | |

Filed: 33 APR -3 AM 8:40

NOW COMES the State of Ohio, in compliance with Rule 16 of the Ohio Rules of Criminal Procedure, and states as follows:

A. STATEMENT OF DEFENDANT OR CO-DEFENDANT

   None.

B. DEFENDANT'S PRIOR RECORD

   None.

C. DOCUMENTS AND TANGIBLE OBJECTS

   See Attached.

D. REPORTS OF EXAMINATIONS AND TESTS

   None.

E. WITNESSES NAMES AND ADDRESSES

| NAME | ADDRESS | FELONY CONVICTION |
|---|---|---|
| Deputy Jack B. Moore | Brown County Sheriff's Office<br>750 Mt. Orab Pike<br>Georgetown, Ohio 45121 | None |
| Mr. Michael Darnell | Brown County Dog Warden<br>Brown County Fairgrounds<br>Georgetown, Ohio 45121 | None |

F. EVIDENCE FAVORABLE TO DEFENDANT

None.

REQUEST:

THE S
PURSUANT T  _____ ..... THE OHIO RULES OF CRIMINAL PROCEDURE.

Robert F. Benintendi (0069525)
Assistant Prosecuting Attorney
200 East Cherry Street
Georgetown, Ohio 45121
(937) 378-4151
Fax: (937) 378-6529

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served by regular U.S. mail, postage prepaid, upon William D. Reynolds, Defendant *pro se*, 7013 State Route 221, Georgetown, Ohio 45121, on this 3rd day of April 1998.

*Robert F. Benintendi*
Robert F. Benintendi (0059525)
Assistant Prosecuting Attorney