IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REYNOLDS,  :  Case No.: C-1-01-877

    Plaintiff,  :  ( Judge Herman J. Weber)

v.  :

CRAWFORD  :
    Defendant
    :

## ORDER

Parties are advised that the Motion Hearing currently scheduled for August 7, 2006 is RESCHEDULED to Thursday, September 7, 2006 at 1:30 p.m.

Parties are further advised that Trial in this matter is RESET to the January 2007 trial term.

Parties shall file their Joint Final Pretrial Order on or before December 5, 2006.

The Clerk of Courts shall send a copy of this Order to Plaintiff by certified mail and regular mail.

**IT IS SO ORDERED.**

                                               s/Herman J. Weber
                                        Herman J. Weber, Senior Judge
                                        United States District Court