**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF OHIO,WESTERN**
**DIVISION**

06 SEP -1 PM 3: 34

---

William D.Reynolds,Col.USAF Ret.

Plaintiff,

vs.,

Windell Crawford,et.al.

Defendants

Case No. C-1-01-877,removed from
Common Pleas Court,Brown County,
Ohio Case No. 20010713 by counsel
John E.Vincent.

Submission of Plaintiff's Exhibit(s)
F-1,F-2,G-1,G-2,H-1,H-2,I-1,I-2,I-3
J-1,J-2 for SUPPRESSION,by the Court.

---

Now comes the Plaintiff who MOTIONS the Court to SUPPRESS the Captioned

DEFENDANT'S INDEX TO TRIAL EXHIBITS by counsel Vincent/Landes,filed with the

Court on or about 7/31/2006,because,the attached RULE 16 DISCOVERY COMPLIANCE

BY THE STATE OF OHIO,Case No.98CRB1717(01-02),Judge Margaret A.Clark,file-

stamped 33 APR-3 AM8:40,describes to this Federal Court how the Brown County,

Ohio Court,conducts business on behalf of STATE OF OHIO.

A. It is self-evident that:

   1. The DATE IS WRONG,

   2. The Case No.IS WRONG,should be:98 CRB 1717-01,-02,-03.

   3. The Judge IS WRONG,Zachman presided over ARRAINGMENT,and FAILED to

      throw-out the ILLEGAL CHARGES,PLAINTIFF'S EXHIBIT(s) G-1,L,M,as

      previously filed with this Federal Court,on or about 8/30/2006. T.,

      3/12/1998 confirms the ILLEGAL CHARGES,by Defendant,Deputy Donnie

      Wagner,in violation of ORC Section 2935.09,and multiable other

      violations of Plaintiff's RIGHTS.

B. As shown in B,DEFENDANT'S PRIOR RECORD-- None.

(1.)

C. This Federal Court should <u>NOTE</u> these self-evident discrepencies

   outlined herein,and RULE on one of the two,as follows:

    1. As of <u>3/11/1998</u> and Plaintiff's Illegal Arrest and Incarceration

       by Defendant,Deputy Jack B.Moore,in concert with Defendant,Dog

       Warden Michael Darnall on the Singular Charge of Minor-Misdemeanor,

       and the <u>National Crime Investigation Center's</u> review of

       Plaintiff's background,found <u>NONE</u>,can only mean:

    2. DEFENDANT'S INDEX TO TRIAL EXHIBITS,is <u>FALSIFIED</u> as submitted to

       this Federal Court,by counsel Vincent/Landes.

D. Attached,is PLAINTIFF'S EXHIBIT F-1,F-2,G-1,G-2,H-1,H-2,I-1,I-2,I-3,J-1,

   J-2-2 and MOTIONS this Court to SUPPRESS EACH of <u>DEFENDANTS' INDEX TO</u>

   <u>TRIAL EXHIBITS</u>,with the exception of EXHIBIT A-1,A-2,B,C,E-1,E-2 as

   they are the,ONLY EXHIBITS GERMANE,to the Captioned Case,all others are

   FALSIFIED and or ERRONEOUS in content [t]hus should be INADMISSIBLE at

   Trial.

                      Col. William D. Reynolds

                      Col.William D.Reynolds,Plaintiff

### CERTIFICATION

Two Original Signatured copies mailed to Federal Court for file-stamp and
return on one copy to Plaintiff in the S.A.S.E.provided and copy mailed to
counsel Vincent'Landes on 8/31/2006.

IN THE COUNTY COURT
BROWN COUNTY, OHIO

33 APR -3 A11 8: 40

STATE OF OHIO,                    :     Case No. 98-CRB-FJ17(01-02)
                                  :
           Plaintiff,             :     (Judge Margaret A. Clark)
                                  :
vs                                :
                                  :     RULE 16 DISCOVERY
WILLIAM D. REYNOLDS,              :     COMPLIANCE BY THE
                                  :     STATE OF OHIO
           Defendant.             :
                                  :

NOW COMES the State of Ohio, in compliance with Rule 16 of the Ohio Rules of Criminal

Procedure, and states as follows:

A.    STATEMENT OF DEFENDANT OR CO-DEFENDANT

            None.

B.    DEFENDANT'S PRIOR RECORD

            None.

C.    DOCUMENTS AND TANGIBLE OBJECTS

            See Attached.

D.    REPORTS OF EXAMINATIONS AND TESTS

            None.

E.    WITNESSES NAMES AND ADDRESSES

| NAME | ADDRESS | FELONY CONVICTION |
|------|---------|-------------------|
| Deputy Jack B. Moore | Brown County Sheriff's Office 750 Mt. Orab Pike Georgetown, Ohio 45121 | None |
| Mr. Michael Darnell | Brown County Dog Warden Brown County Fairgrounds Georgetown, Ohio 45121 | None |

REQUEST:

THE 5
PURSUANT T _ _ _ _ _ OF THE OHIO RULES OF CRIMINAL PROCEDURE.

Robert F. Benintendi (0069525)
Assistant Prosecuting Attorney
200 East Cherry Street
Georgetown, Ohio 45121
(937) 378-4151
Fax: (937) 378-6529



**Assistant Prosecutors**
Robert F. Benintendi
Tresa Gossett
David E. Grimes
Cecelia J. Potts
**Paralegal**
Karen Oakley-Everson

# BROWN COUNTY, OHIO
200 East Cherry Street
Georgetown, Ohio 45121

**Investigators**
Robert W. Gifford
Larry W. Littleton

937-378-4151
FAX: 937-378-6529

---

April 3, 1998

Mr. William D. Reynolds
7013 State Route 221
Georgetown, Ohio 45121

*Rec Sat. 4/4/98*
*wDR*

Re:   State of Ohio vs. William D. Reynolds
      Case No. 98CRB1717 (01-02)

Dear Mr. Reynolds:

Enclosed please find the Rule 16 Discovery in regards to the above case.

Very truly yours,

Robert F. Benintendi
Assistant Prosecutor

RFB/csw