UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION/STATUS CONFERENCE**

WILLIAM D. REYNOLDS

    v                                                                   Civil: 1:01cv877

CRAWFORD, et al

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter  J. Wolfer  (Official)

Law Clerk: Amy Thomas & Sue Ferrell

Courtroom Deputy:  Darlene Maury

---

**Appearances:**   Wm. D. Reynolds (Pro Se) for Plaintiff; J. Vincent for Defendant

Case called for a Motion/Status Conference.  Motion for Summary Judgment taken under advisement. Schedule revised.  Order to issue.

Date: September 7, 2006
TIME: 1:30 p.m. - 3:10 p.m.