UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM D. REYNOLDS,

    Plaintiff,

v.                                    Case No. C-1-01-877

WINDELL CRAWFORD, et al.,

    Defendants.

## ORDER

This matter is before the Court following a conference and hearing held on Thursday, September 7, 2006, at which Plaintiff appeared *pro se* and Defendants appeared through counsel. Pursuant to the record of that proceeding, the Court determines that Defendants have provided information responsive to Plaintiff's interrogatories (*see* Doc. 116), and takes Defendants' motion for summary judgment (Doc. 113) under advisement.

The matter hereby is SCHEDULED for a **status conference** on **Tuesday, October 31, 2006, at 1:30 p.m.**, at which time the Court will review the parties' respective trial exhibits, which are to be filed with the Court prior to that date. By agreement of the parties, the trial of this matter hereby is CONTINUED to the May 2007 trial term.

**IT IS SO ORDERED.**

                                                  /s/ Herman J. Weber
                                                Herman J. Weber, Senior Judge
                                                United States District Court