**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wm D Reynolds
7013 State Rt. 221
Georgetown, Oh.
45121

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Col ben DParl_ ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

Col ... 9/13/06

**RECEIVED**

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

SEP 1 4 2006

**JAMES BONINI, Clerk**

CINCINNATI, OHIO

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7002 0860 0000 1408 9870

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540