**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fee | |

Postmark Here

Sent To: William D Reynolds
Street, Apt. No.; or PO Box No.: 7013 State Route 221
City, State, ZIP+4: Georgetown, OH 45121

7001 2510 0008 6348 5116

PS Form 3800, January 2001        See Reverse for Instructions