FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 OCT 30 AM 9:46

WILLIAM D. REYNOLDS,
    Plaintiff,
v.

WINDELL CRAWFORD, et al,
    Defendant

Case No.: C-1-01-877

( Judge Herman J. Weber)

## ORDER

The above styled case is before the Court as a result of the tendered trial exhibits presented to the Court for consideration at the Conference scheduled for October 31, 2006 at 1:30 p.m.

Upon review of the exhibits, the Court observes that on the purported Probable Cause Affidavit (Exhibit A) tendered by plaintiff, the name Clark Gray does appear. On the other hand, on the purported Probable Cause Affidavit (Exhibits D-1 and D-2) tendered by the defendants, the name Clark Gray does not appear.

In the interest of justice, the Court RESCINDS its Order (#128) issued on October 25, 2006, as it pertains to Clark Gray, and REINSTATES Plaintiff's claims against Clark Gray until further Order of the Court.

The Defendant's Request for Summary Judgment against Plaintiff in favor of Clark Gray will be considered by the Court on October 31, 2006 at 1:30 p.m.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court