UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STATUS CONFERENCE**

REYNOLDS

    v                                      Civil: 1:01CV877

CRAWFORD

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter  MaryAnne Maffia (Official)

Law Clerk: Amy Thomas

Courtroom Deputy:   Darlene Maury

---

**Appearances:** W. Reynolds (Pro Se) for Pltf;; J. Vincent for Defense.

Case called for a Status Conference. Conference held in Chambers.  Trial Exhibits addressed. FPTC scheduled for 4/12/07 at 1:30 p.m..  Order to issue.

Date: Tuesday, October 31, 2006
TIME: 1:30 p.m. - 3:10 p.m