UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| WILLIAM D. REYNOLDS, | : | Case No.: C-1-01-877 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| WINDELL CRAWFORD, et al, | | |
| Defendant | | |
| | : | |

## ORDER

Pursuant to the record established at the Conference held on October 31, 2006, this matter

is hereby SCHEDULED for a Final Pretrial Conference on Thursday, April 12, 2007 at 1:30 p.m.

IT IS SO ORDERED.

_____
Herman J. Weber, Senior Judge
United States District Court