**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

CERTIFIED MAIL

7001 2510 0008 6348 5154

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

| Total Postage & | |
|---|---|
| Sent To | William D Reynolds |
| Street, Apt. No., or PO Box No. | 7013 State Route 221 |
| City, State, ZIP+4 | Georgetown, OH 45121 |

PS Form 3800, January 2001                    See Reverse for Instructions