UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| WILLIAM D. REYNOLDS, | : | Case No.: C-1-01-877 |
| Plaintiff, | : | (Judge Herman J. Weber) |
| v. | : |  |
| DEPUTY CHRIS SNIDER, et al, | : |  |
| Defendant | : |  |

## ORDER

Parties are advised that the above styled case is SCHEDULED for a Trial Preparation Conference on Thursday, May 3, 2007 at 1:30 p.m., with Jury Selection and Trial to commence on Monday, May 7, 2007 at 9:00 a.m.

Parties are further advised that the Final Pretrial Conference scheduled for Thursday, April 12, 2007 at 1:30 p.m. is hereby CONFIRMED.

IT IS SO ORDERED.

_____
Herman J. Weber, Senior Judge
United States District Court