**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: William D Reynolds
Street, Apt. No.; or PO Box No.: 7013 State Route 21
City, State, ZIP+ 4: Georgetown, OH 45121

PS Form 3800, April 2002          See Reverse for Instructions