**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM D. REYNOLDS, | : | Case No. C-1-01-877 |
| Plaintiff, | : | Judge Weber |
| vs. | : | Magistrate Judge Black |
| WINDELL CRAWFORD, et al., | : | |
| Defendants. | : | |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. Sections 1291 and 1292; the "collateral order" doctrine; Rules 3 and 4 of the Federal Rules of Appellate Procedure; and the decisions in *Behrens v. Pelletier*, 516 U.S. 299 (1996); *Kennedy v. City of Cleveland*, 797 F.2d 298 (6th Cir. 1986), *cert. denied*, 479 U.S. 1103 (1987); *Neague v. Cynkar,* 258 F.3d 504 (6th Cir. 2001); and *Turner v. Scott,* 119 F.3d 425 (6th cir. 1997), allowing an immediate interlocutory appeal of a District Court's decision denying Qualified Immunity at the summary judgment stage, Defendants Chris Snider, Larry Meyer, and Clark Gray respectfully appeal to the United States Court of Appeals for the Sixth Circuit, the October 25, 2006 and October 30, 2006 Orders of the District Court denying these Defendants summary judgment on all of Plaintiffs' Fourth Amendment and First Amendment claims on the basis of Qualified Immunity.

Respectfully submitted:

 /s/ John E. Vincent
**MARK LANDES (0027227)**
E-mail: marklandes@isaacbrant.com
**JOHN E. VINCENT (0070501)**
E-mail: johnvincent@isaacbrant.com
ISAAC, BRANT, LEDMAN & TEETOR, LLP
250 East Broad Street, 9th Floor
Columbus, Ohio 43215-3742
(614)221-2121; FAX (614)365-9516
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy was also served via U.S. Mail, postage prepaid this 22nd day of November, 2006, upon:

William D. Reynolds
7013 St. Rt. 221
Georgetown, Ohio 45121
*Plaintiff pro se*

                                        /s/    John E. Vincent
                                        **MARK LANDES (0027227)**
                                        **JOHN E. VINCENT (0070501)**
                                        *Attorneys for Defendants*