IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM D. REYNOLDS,

        Plaintiff

v                                    CIVIL ACTION: C-1-01-877

WINDELL CRAWFORD,

        Defendant

## ORDER

The Defendant in the above styled case filed a Notice of Appeal (#134) on November 22, 2006.

Accordingly, parties are advised that the above captioned case is hereby ORDERED administratively STAYED and TERMINATED pending the disposition of the Appeal in the matter.

Parties are advised that the Conferences and Trial scheduled for April 12, 2007, May 3, 2007 and May 7, 2007 are CANCELLED.

Parties are granted leave to move to reinstate this case on the Court's active docket at such time in the future as the parties deem appropriate.

IT IS SO ORDERED.

                                              HERMAN J. WEBER, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT