**READ INSTRUCTIONS AT THE BOTTOM OF THIS FORM**

**TRANSCRIPT ORDER**

| District Court | Southern District of Ohio, Western Division | District Court Docket Number | C-1-01-877 |
|---|---|---|---|

Short Case Title: Reynolds v. Crawford

Date Notice of Appeal Filed by Clerk of District Court: November 22, 2006   COA# 06-4525

---

**PART I** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDER).

A. Complete one of the following:
- [ ] No Hearings
- [✓] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on the file in District Court Clerk's Office
- [ ] This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

| | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | | | |
| Testimony (specify witnesses) | | | |
| Other (specify) | | | |

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24
- [ ] Voir Dire
- [ ] Jury Instructions
- [ ] Opening statement of plaintiff
- [ ] Closing argument of plaintiff
- [ ] Opening statement of defendant
- [ ] Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. This method of payment will be:
- [ ] Criminal Justice Art (Attach copy of CJA form 24)
- [✓] Private Funds

Date: 

Signature: [signed]   Print Name: John E. Vincent   Counsel for: Appellants

Address: 250 East Broad Street, Suite 900, Columbus, Ohio 43215   Telephone: (614) 221-2121

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

---

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

Arrangements for payment were made on
Arrangements for payment have not been made pursuant to FRAP (10(b)

Date _____   Signature of Court Reporter _____   Telephone _____

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Court Reporter _____

6CA-30