UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

08 JUN 23 PM 3: 25

No: 06-4525

Filed: June 23, 2008

WILLIAM D. REYNOLDS

    Plaintiff - Appellee

v.

WINDELL CRAWFORD, Sheriff, et al.,;

    Defendants

CHRIS SNIDER; LARRY MEYER; CLARK GRAY, Deputies

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 05/29/2008 the mandate for this case hereby issues today.

COSTS: NONE

Filing Fee ......................$
Printing ..........................$

    Total ..................$