IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. REYNOLDS, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. C-1-01-877 |
| | * | |
| WINDELL CRAWFORD, et al | * | (Judge Herman J. Weber) |
| | * | |
| Defendant, | * | |
| | * | |

**ORDER**

Pursuant to the Mandate (#138) issued by the United States Court of Appeals on June 23, 2008, the above styled case is hereby REINSTATED on the active docket of this Court.

Parties are advised that this case will proceed to Trial in the March 2009 trial term.

Counsel shall file their Joint Final Pretrial Order on or before February 5, 2009.

A Final Pretrial Conference will be scheduled in this case by future order of this Court.

IT IS SO ORDERED.

_____
Herman J. Weber, Senior Judge
United States District Court